IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD N. GALBRAITH, Executor of the
ESTATE OF NELSON GALBRAITH,

    Plaintiff,

    v.

COUNTY OF SANTA CLARA; ANGELO
OZOA, M.D., individually and as an agent of
Santa Clara County,

    Defendants.
_____/

No. C 03-2506 JSW

**ORDER GRANTING
PLAINTIFF'S REQUEST TO
CONTINUE DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT AND CONTINUING
CASE MANAGEMENT
CONFERENCE**

        In its opposition to the motion of defendants County of Santa Clara and Angelo Ozoa, M.D. (collectively "Defendants") for summary judgment, plaintiff Donald Galbraith as executor of the estate of Nelson Galbraith ("Galbraith") requests a continuance pursuant to Federal Rule of Civil Procedure 56(f). (Opp. at 14-15.) The Court GRANTS Galbraith's request for a continuance to provide him with an opportunity to conduct further discovery. Discovery closes in this matter on September 20, 2005. Galbraith may file a supplemental opposition to Defendants' motion by no later than October 7, 2005. Defendants may file a supplemental reply by no later than October 14, 2005. The hearing on Defendants' motion currently scheduled for May 27, 2005 is HEREBY VACATED and CONTINUED to October 28, 2005 at 9:00 a.m. No further continuances for the hearing date on this motion will be granted. The Court FURTHER VACATES the Case Management Conference currently set for May 27, 2005. The Case

Management Conference will be held on October 28, 2005 after the hearing on Defendants' motion for summary judgment.

**IT IS SO ORDERED.**

Dated: May 26, 2005

/s/ Jeffrey S. White  
JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

**United States District Court**  
For the Northern District of California

3