JAMES E. TOWERY -- BAR NO. 74058
ALLISON B. SHORT -- BAR NO. 223065
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

Attorneys for Defendants
COUNTY OF SANTA CLARA and
ANGELO OZOA, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, a body corporate and politic; ANGELO OZOA, M.D., individually and as an agent of SANTA CLARA COUNTY; DOES 1 through XX,<br><br>Defendants. | No. C 03-2506 JSW<br><br>STIPULATION FOR EXTENSION TO CONDUCT DISCOVERY AND [~~PROPOSED~~] ORDER |

    WHEREAS the discovery cut-off in the above captioned case is presently set for September 30, 2005.

    WHEREAS Defendants filed a Motion for Summary Judgment on April 19, 2005. The hearing on Defendants' motion is presently scheduled for October 28, 2005.

    WHEREAS Defendants intend to take the depositions of the members of the Galbraith family, the parties hereby stipulate and agree to grant Defendants an extension to take these depositions.

    IT IS HEREBY STIPULATED between the parties, their attorneys and representatives that Defendants shall receive an extension from September 30, 2005 until

-1-

STIPULATION FOR EXTENSION TO CONDUCT DISCOVERY AND [~~PROPOSED~~] ORDER
\\HFJAFILE\NDrive\65382\Ple\148000.doc

-2-

1 | six weeks after the Court issues a ruling on Defendants' motion for summary judgment in
2 | order to take the depositions of the members of the Galbraith family in this case. Nothing
3 | in this stipulation shall change any of the additional deadlines set by the court.

Dated: July 18, 2005

By _____/s/_____
THOMAS M. BURTON
Attorney for Plaintiff Nelson Galbraith


HOGE FENTON JONES & APPEL

Dated: July 20 2005

By _____/s/_____
JAMES E. TOWERY
Attorney for Defendant County of Santa Clara and Angelo Ozoa, M.D.

## ORDER

The court, having reviewed the foregoing stipulation of the parties, and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED that Defendants are granted an extension from September 30, 2005 until six weeks after the Court issues a ruling on Defendants' motion for summary judgment in order to take the depositions of the members of the Galbraith family in this case.

Dated: July 26, 2005

/s/ Jeffrey S. White
HONORABLE JEFFREY WHITE
UNITED STATES DISTRICT COURT