```
Michael Goldsmith (USB 5172)
58 W. Oberland Court
Midway, Utah 84049
(435) 640-6200

Thomas M. Burton (035856)
5820 Stoneridge Mall Road
Suite 100
Pleasanton, CA 94588
(925)484-3233
(925)847-2001

Attorneys for: Plaintiff
```

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CLARA, a body corporate and politic; ANGELO OZOA, M.D., individually and as an agent of SANTA CLARA COUNTY; DOES I through XX, <br><br> Defendants. | CASE NO.: C-~~99 20887~~ 03-2506 JSW <br><br> **ORDER EXTENDING DISCOVERY PERIOD TO AND INCLUDING DECEMBER 1, 2005** |

## ORDER

Based upon the stipulation of the parties and good cause appearing, the period of time for allowable discovery is hereby extended to and including December 1, 2005.

Dated: September 13, 2005

_____
Jeffrey S. White, United States District Judge