JAMES E. TOWERY -- BAR NO. 74058
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

Attorneys for Defendants
COUNTY OF SANTA CLARA and
ANGELO OZOA, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, a body corporate and politic; ANGELO OZOA, M.D., individually and as an agent of SANTA CLARA COUNTY; DOES 1 through XX,<br><br>Defendants. | No. C 03-2506 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO COMPLETE DISCOVERY<br><br><br><br>THE HONORABLE JEFFREY S. WHITE |

WHEREAS, the parties previously stipulated to allow discovery to remain open until December 1, 2005;

WHEREAS, the Court has issued its ruling on Defendants' motion for summary judgment on October 28, 2005;

WHEREAS, it is necessary for the parties to conduct substantial additional discovery;

WHEREAS, this agreement is made in the interest of justice due to the extensive discovery yet to be completed. Additionally, there are several outstanding objections to previously propounded discovery that will be submitted to the Court shortly;

-1-

1  WHEREAS, this agreement is made in good faith and is not made for purposes of
2  delay;
3  THEREFORE, IT IS HEREBY STIPULATED by and between the parties as follows:
4  the parties agree that the time to complete discovery is extended up to and until January 1,
5  2006.

6  DATED:
7  11/9/05.

8  By _____
9  THOMAS M. BURTON
   Attorney for Plaintiff Nelson Galbraith

11  DATED: November 9, 2005

   HOGE, FENTON, JONES & APPEL, INC.

13  By _____
14  JAMES E. TOWERY
   Attorneys for Defendants County of
15  Santa Clara and Angelo Ozoa, M.D.

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE DISCOVERY
\\HFJAFILE\NDrive\65362\Ple\167219.doc

## ORDER

The Court, having reviewed the foregoing Stipulation of the parties, and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED that the time to complete discovery is extended up to and until January 1, 2006.

DATED: November 10, 2005

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE DISCOVERY
\\HFJAFILE\NDrive\65382\Ple\167219.doc