```
 1  Michael Goldsmith (USB 5172)
 2  58 W. Oberland Court
 3  Midway, Utah 84049
 4  (435) 640-6200
 5
 6  Thomas M. Burton (035856)
 7  5820 Stoneridge Mall Road
 8  Suite 100
 9  Pleasanton, CA 94588
10  (925)484-3233
11  (925)847-2001
12
13  Attorneys for: Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH,

        Plaintiffs,

v.

COUNTY OF SANTA CLARA, a body corporate and politic; ANGELO OZOA, M.D., individually and as an agent of SANTA CLARA COUNTY; DOES I through XX,

        Defendants.

_____/

CASE NO.: ~~C-99-20887-JSW~~ C 03-2506 JSW

[~~PROPOSED~~] ORDER EXTENDING TO JANUARY 13, 2006 THE LAST DAY FOR DISPOSITIVE MOTIONS

Stipulation to Extend Motion Date          1

1 **ORDER**

2 Based upon the stipulation of the parties and good cause appearing, the
The last day to file dispositive motions is HEREBY CONTINUED to January 13, 2006.
3 The hearing on any dispositive motions is CONTINUED to March 3, 2006 at 9:00 a.m.
IT IS SO ORDERED.

4 ~~Dated: November __, 2005~~

5 Dated: December 2, 2005

6
7 _____
Jeffrey S. White, United States District Judge