JAMES E. TOWERY -- BAR NO. 74058
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-25

Attorneys for Defendants
COUNTY OF SANTA CLARA and
ANGELO OZOA, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, a body corporate and politic; ANGELO OZOA, M.D., individually and as an agent of SANTA CLARA COUNTY; DOES 1 through XX,<br><br>Defendants. | No. C 03-2506 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO COMPLETE DISCOVERY<br><br><br><br>THE HONORABLE JEFFREY S. WHITE |

WHEREAS, the parties previously stipulated to allow discovery to remain open until January 1, 2006;

WHEREAS, it is necessary for the parties to depose certain witnesses that cannot deposed before January 1, 2006 due to scheduling issues;

WHEREAS, this agreement is made in the interest of justice;

WHEREAS, this agreement is made in good faith and is not made for purposes of delay;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties as follows: the parties agree that the time to complete the depositions of Massoud Vameghi, M.D.,

-1-

1 | Marilyn Ruiz and Joe Davis only is extended up to and until January 13, 2006.

2 | DATED:

*[signature: Michael Goldsmith]*

By _____
MICHAEL GOLDSMITH
Attorney for Plaintiff Nelson Galbraith

7 | DATED: December 28, 2005

HOGE, FENTON, JONES & APPEL, INC.

*[signature: Ali Buch]*

By _____
ALISON P. BUCHANAN
Attorneys for Defendants County of
Santa Clara and Angelo Ozoa, M.D.

---

-2-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT CERTAIN DISCOVERY
\\HFJAFILE\NDrive\65382\Ple\173835.doc

## ORDER

The Court, having reviewed the foregoing Stipulation of the parties, and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED: that the time to complete the depositions of Massoud Vameghi, M.D., Marilyn Ruiz and Joe Davis ONLY is extended up to and until January 13, 2006.

DATED: January 3, 2006

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT