IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA; ANGELO OZOA, M.D., individually and as an agent of Santa Clara County,<br><br>Defendants. | No. C 03-2506 JSW<br><br>**ORDER RE SECOND DISCOVERY DISPUTE** |

The Court has received the parties' letters outlining their discovery dispute regarding several questions asked at the depositions of third-party witnesses, Sergeant Michael Yore and Officer Jeffrey Mock. Having reviewed the parties' positions, the Court has determined that a hearing on this dispute is unnecessary.

Plaintiff seeks to compel responses from Sergeant Yore to the following two questions: (1) "Have you ever been charged with any misconduct in connection with your work as a police officer?" and (2) "Have you ever been place on administrative leave in connection with your work as a police officer?" Plaintiff also seeks to compel a response from Officer Mock to the question "Have you ever been a defendant in any civil matter?" Sergeant Yore and Officer Mock object to these questions on several grounds.

The Court finds the above questions are overbroad and are not reasonably calculated to lead to the discovery of admissible evidence. Fed. R. Civ.P. 26(b)(1). Accordingly, the Court

HEREBY sustains the objections to the questions and thus, DENIES Plaintiff's request to compel further responses.

**IT IS SO ORDERED.**

Dated: January 3, 2006

*Jeffrey S. White*

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE