```
 1  JAMES E. TOWERY -- BAR NO. 74058
    ALISON P. BUCHANAN -- BAR NO. 215710
 2  HOGE, FENTON, JONES & APPEL, INC.
    Sixty South Market Street, Suite 1400
 3  San Jose, California 95113-2396
    Phone: (408) 287-9501
 4  Fax:  (408) 287-2583

 5  Attorneys for Defendant
    COUNTY OF SANTA CLARA
 6

 7

 8
                    UNITED STATES DISTRICT COURT
 9
                    NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO
10

11
    DONALD N. GALBRAITH, Executor of   │  No. C 03-2506 JSW
12  the ESTATE OF NELSON GALBRAITH     │
                                       │  STIPULATION AND [PROPOSED] ORDER
13       Plaintiff,                    │  EXTENDING TIME FOR FILING
                                       │  DISPOSITIVE MOTIONS
14    vs.                              │

15  COUNTY OF SANTA CLARA, a body      │
    corporate and politic; ANGELO OZOA,│
16  M.D., individually and as an agent of│
    SANTA CLARA COUNTY; DOES 1         │
17  through XX,                        │
                                       │  THE HONORABLE JEFFREY S. WHITE
18       Defendants.                   │

19

20       WHEREAS, the Court previously ordered that the last day to file dispositive motions

21  is January 13, 2006;

22       WHEREAS, the Court previously ordered that the last day to hear dispositive

23  motions is March 3, 2006;

24       WHEREAS, the parties have met and conferred regarding certain scheduling

25  conflicts that have arisen with respect to both the deadlines to file and hear dispositive

26  motions;

27       WHEREAS, the parties have agreed that the deadline for filing dispositive motions

28  shall be extended up to and until January 27, 2006;
```

-1-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTIONS
\\HFJAFILE\NDrive\65382\Ple\176349.doc

1  WHEREAS, the parties have agreed that the hearing for dispositive motions shall
2  take place on either March 24 or 31, 2006;

3  WHEREAS, this agreement is made in the interest of justice, in good faith and is not
4  made for purposes of delay;

5  THEREFORE, IT IS HEREBY STIPULATED by and between the parties as follows:
6  the parties agree that the time for the parties to file any dispositive motions is extended up
7  to and until January 27, 2006; the parties further agree that the Court will hear dispositive
8  motions on either March 24 or 31, 2006.

9  DATED: January 12, 2006

11              By _____/S/_____
               MICHAEL GOLDSMITH
12             Attorney for Plaintiff Nelson Galbraith

DATED: January 12, 2006

14  HOGE, FENTON, JONES & APPEL, INC.

16              By _____/S/_____
               ALISON P. BUCHANAN
17             Attorneys for Defendant
               COUNTY OF SANTA CLARA

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTIONS
\\HFJAFILE\NDrive\65382\Ple\176349.doc

## ORDER

The Court, having reviewed the foregoing Stipulation of the parties, and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED that the time to file dispositive motions is extended up to and until January 27, 2006. The hearing on any dispositive motions will take place on March 24 ~~or 31~~, 2006.

DATED: January 13, 2006

*/s/ Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

-3-
STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTIONS
\\HFJAFILE\NDrive\65382\Ple\176349.doc