IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SANTA CLARA; ANGELO OZOA, M.D., individually and as an agent of Santa Clara County,<br><br>  Defendants.<br>_____ / | No. C 03-2506 JSW<br><br>**ORDER RE THIRD DISCOVERY DISPUTE** |

The Court has received the parties' joint letter brief outlining their discovery dispute regarding Plaintiff's request for autopsy photographs. Having reviewed the parties' positions, the Court has determined that a hearing on this dispute is unnecessary.

Defendant argues that the photographs are not relevant to Plaintiff's claims. "Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party." Fed. R. Civ.P. 26(b)(1). "Relevant information for purposes of discovery is information reasonably calculated to lead to the discovery of admissible evidence." *Surfvivor Media, Inc. v. Survivor Productions*, 406 F.3d 625, 635 (9th Cir. 2005) (internal quotes and citation omitted). The Court disagrees with Defendant and concludes that the photographs are relevant.

Defendant further argues that California Code of Civil Procedure § 129 ("Section 129") restricts the County from producing these photographs. Regardless of whether Section 129 is applicable, the Court concludes that Plaintiff has demonstrated good cause as required under

this section. Accordingly, Section 129 does not bar the production of these photographs. Therefore, the Court HEREBY ORDERS Defendant to produce the requested photographs within ten days from the date of this Order.

**IT IS SO ORDERED.**

Dated: January 26, 2006

JEFFREY S. WHITE
(by Phyllis J. Hamilton)
UNITED STATES DISTRICT JUDGE

2