IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA; ANGELO OZOA, M.D., individually and as an agent of Santa Clara County,<br><br>    Defendants.<br>_____/ | No. C 03-2506 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on March 24, 2006 on Defendant County of Santa Clara's motion for summary judgment. The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be filed by no later than on Friday, February 24, 2006 and Defendant's reply brief shall be filed by no later than Friday, March 3, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 30, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE