**United States District Court**

For the Northern District of California

1

2

3

4

5                     IN THE UNITED STATES DISTRICT COURT

6

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   DONALD N. GALBRAITH, Executor of the
    ESTATE OF NELSON GALBRAITH,                    No. C 03-2506 JSW

9
              Plaintiff,
10
      v.                                           **ORDER RE FOURTH**
11                                                 **DISCOVERY DISPUTE**
    COUNTY OF SANTA CLARA; ANGELO
12  OZOA, M.D., individually and as an agent of
    Santa Clara County,
13
              Defendants.
14  _____/

15

16        The Court has received the parties' joint letter brief outlining their discovery dispute

17  regarding the production of Detective Michael Yore's P.O.S.T. records subpoenaed by Plaintiff.

18  Having reviewed the parties' positions, the Court has determined that a hearing on this dispute

19  is unnecessary.  Plaintiff has not made any showing that the documents subpoenaed from the

20  City of Palo Alto regarding Dectective Yore's training are relevant to the remaining *Monell*

21  claim against the County of Santa Clara. *See* Fed. R. Civ. P. 26(b)(1).  Accordingly, Plaintiff's

22  request to compel production is HEREBY DENIED.

23        **IT IS SO ORDERED.**

24

25                                                 *Jeffrey S White*

26

27

28

**United States District Court**

For the Northern District of California

1   Dated: February 14, 2006

2                                                                   JEFFREY S. WHITE
                                                                    UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28