**United States District Court**

For the Northern District of California

1

2

3

4

5             IN THE UNITED STATES DISTRICT COURT

6

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8 | DONALD N. GALBRAITH, Executor of the
   ESTATE OF NELSON GALBRAITH,

9                                 No. C 03-2506 JSW

             Plaintiff,

10

11    v.                                 **JUDGMENT**

12 | COUNTY OF SANTA CLARA; ANGELO
   OZOA, M.D., individually and as an agent of
   Santa Clara County,

13

14             Defendants.

15 _____/

16       Pursuant to the Court's orders granting the motions for summary judgment filed by

17 defendants County of Santa Clara and Angelo Ozoa, M.D. (collectively "Defendants"),

18 judgment is HEREBY ENTERED in favor of Defendants and against plaintiff Donald N.

19 Galbraith, executory of the estate of Nelson Galbraith's ("Plaintiff"). Plaintiff shall take nothing

20 by way of his complaint.

21       **IT IS SO ORDERED.**

22

23 Dated:  April 12, 2006                 _____

24                              JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE

25

26

27

28