| | |
|---|---|
| 1 | Michael Goldsmith (USB 5172) |
| 2 | 58 W. Oberland Court<br>Midway, Utah 84049 |
| 3 | (801) 640-6200 |
| 4 | |
| 5 | Thomas M. Burton (035856)<br>5820 Stoneridge Mall Road |
| 6 | Suite 100<br>Pleasanton, CA 94588 |
| 7 | (925) 484-3233<br>(925) 847-2001 |
| 8 | |
| 9 | Attorneys for: Plaintiff |

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH, | ) | Case No. 03-2506 JAW |
| Plaintiffs, | ) ) | **STIPULATION, MOTION AND ORDER ADVANCING SUBJECT** |
| v. | ) | **CASE MANAGEMENT** |
| COUNTY OF SANTA CLARA, a body corporate and politic; ANGELO OZOA, M.D., individually and as an agent of SANTA CLARA COUNTY; DOES I through XX, | ) ) ) ) | **CONFERENCE TO BEGINNING OF CALENDAR**<br><br>Date: August 3, 2007<br>Time: 1:30 ;.m.<br>Dept: Two |
| Defendants. | | |

The parties through counsel stipulate and move the Court that, were it possible in the absence of inconvenience to others, their Case Management Conference be heard at the beginning of the calendar so that Mr. Goldsmith may arrive at the Oakland

1

STIPULATION, MOTION, AND ORDER ADVANCING CASE
MANAGEMENT CONFERENCE ON CALENDAR

Airport by 3:45 p.m. This motion is made to accommodate certain health issues and is not simply for convenience.

Dated: July 24, 2007

_____/s/_____    _____/s/_____

  James E. Towery              Thomas M. Burton

## ORDER

Based upon the stipulation, representation, and motion of the parties and good cause appearing, it is hereby:

ORDERED that the Case Management Conference in the subject matter be advanced to first place on the calendar on August 3, 2007 at 1:30 p.m..

Dated: August 2, 2007       _____/s/ Jeffrey S. White_____

                            Jeffrey S. White, Judge

STIPULATION, MOTION, AND ORDER ADVANCING CASE
MANAGEMENT CONFERENCE ON CALENDAR