1 | JAMES E. TOWERY (S.B. #74058)
    ALISON P. BUCHANAN (S.B. #215710)
2 | HOGE, FENTON, JONES & APPEL, INC.
    Sixty South Market Street, Suite 1400
3 | San Jose, California 95113-2396
    Telephone: (408) 287-9501
4 | Facsimile: (40) 287-2583

5 | ANN MILLER RAVEL, County Counsel (S.B. #62139)
    ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
6 | OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
7 | San Jose, California 95110-1770
    Telephone: (408) 299-5900
8 | Facsimile: (408) 292-7240

9 | Attorneys for Defendants
    COUNTY OF SANTA CLARA and
10 | ANGELO OZOA, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, a body corporate and politic; ANGELO OZOA, M.D., individually and as an agent of SANTA CLARA COUNTY; DOES I through XX,<br><br>    Defendants. | NO. C03-2506 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SEPTEMBER 11, 2007 DEADLINE** |

WHEREAS, the parties have discussed the utility of engaging in ADR efforts in October rather than at a later date when the Court is expected to order the parties to ADR;

WHEREAS, the parties agree that ADR at an early date, if successful, will avoid unnecessary and substantial expert discovery costs;

//

      WHEREAS, the parties have already exchanged a list of their expert witnesses in accordance with this Court's order and the parties must still submit a more comprehensive disclosure by September 11, 2007;

      WHEREAS, Counsel for the parties have discussed ADR at length, but have not obtained firm commitments from their clients as of today;

      WHEREAS, Counsel anticipate they will reach an agreement on whether to engage in ADR in October by Tuesday, September 11, 2007;

      WHEREAS, if the parties agree to engage in ADR at this time, they intend to complete ADR by the end of October;

      WHEREAS, the parties ADR discussions have made problematic their compliance with the September 11, 2007 deadline for comprehensive expert disclosures, the parties jointly ask the Court to extend the expert deadlines in the following limited fashion: If the parties fail to reach an agreement to advance the ADR date as contemplated, the expert disclosure deadline is extended to September 21, 2007; if the parties agree to pursue ADR in October, the expert disclosure deadline is extended until two weeks following the ADR session;

      WHEREAS, neither party anticipates that this request will affect their ability to comply with the other case management deadlines set by the Court, including the June 2, 2008 trial date;

      WHEREAS, this agreement is made in the interest of justice in order save all parties time and expense; and

      WHEREAS, this agreement is made in good faith and is not made for purposes of delay;

      THE PARTIES HEREBY STIPULATE AS FOLLOWS:

      1.    The parties stipulate to continue the September 11, 2007, disclosure date to September 21, 2007 if current ADR negotiations fail; otherwise the parties stipulate to continue the September 11, 2007 disclosure to two weeks following the ADR session.

//

//

//

2. The parties stipulate to inform the Court on Tuesday, September 11, 2007, if they they have decided to undertake immediate ADR efforts and if they desire a settlement conference with a magistrate.

**IT IS SO STIPULATED.**

DATED: September 6, 2007    By: _____/S/_____
                                MICHAEL GOLDSMITH

                                Attorney for Plaintiff
                                DONALD N. GALBRAITH, EXECUTOR
                                OF ESTATE OF NELSON GALBRAITH

DATED: September 6, 2007    By: _____/S/_____
                                ARYN PAIGE HARRIS
                                Deputy County Counsel

                                Attorneys for Defendants
                                COUNTY OF SANTA CLARA and
                                ANGELO OZOA, M.D.

**IT IS SO ORDERED.**

Dated: September 7, 2006

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

94025.wpd