1  JAMES E. TOWERY (S.B. #74058)
   ALISON P. BUCHANAN (S.B. #215710)
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Telephone: (408) 287-9501
4  Facsimile: (40) 287-2583

5  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   WINIFRED BOTHA, Assistant County Counsel (S.B. #
6  ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
   OFFICE OF THE COUNTY COUNSEL
7  70 West Hedding, East Wing, 9th Floor
   San Jose, California 95110-1770
8  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240

   Attorneys for Defendants
10 COUNTY OF SANTA CLARA and
   ANGELO OZOA, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH,<br><br>          Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, a body corporate and politic; ANGELO OZOA, M.D., individually and as an agent of SANTA CLARA COUNTY; DOES I through XX,<br><br>          Defendants. | NO. C03-2506 JSW<br><br>**STIPULATION AND ORDER RE: ADR** |

WHEREAS, the parties wish to advise the Court that they have agreed to engage in ADR, and are presently in the process of exchanging lists of proposed mediators, including the possibility of asking the Court to appoint a magistrate judge;

ACCORDINGLY THE PARTIES STIPULATE AS FOLLOWS

WHEREAS, the parties agree to engage in ADR efforts by the end of the October, but

1  no later than November 16, 2007, depending on the availability of the ADR administrator and
2  counsel;
3      WHEREAS, this Court in its September 7, 2007 Order extended the expert disclosure
4  deadline to two weeks following the completion of the ADR session.  The parties stipulate that
5  expert discovery shall close 10 weeks following the completion of the expert disclosure;
6      WHEREAS, the parties maintain that this request will not affect their ability to comply
7  with the other case management deadlines set by the Court, including the June 2, 2008 trial
8  date.
9      WHEREAS, this agreement is made in the interest of justice in order save all parties
10 time and expense; and this agreement is made in good faith and is not made for purposes of
11 delay;

12 **IT IS SO STIPULATED.**

13 DATED: September 11, 2007          By:          /S/
                                            MICHAEL GOLDSMITH

15                                          Attorney for Plaintiff
                                            DONALD N. GALBRAITH, EXECUTOR
                                            OF ESTATE OF NELSON GALBRAITH

17 DATED: September 11, 2007          By:          /S/
                                            ARYN PAIGE HARRIS
18                                          Deputy County Counsel

19                                          Attorneys for Defendants
                                            COUNTY OF SANTA CLARA and
20                                          ANGELO OZOA, M.D.

22 **IT IS SO ORDERED.**

24 Dated:  September 17, 2007
                                            _____
                                            HONORABLE JEFFREY S. WHITE
                                            United States District Court Judge