JAMES E. TOWERY (S.B. #74058)
ALISON P. BUCHANAN (S.B. #215710)
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 287-9501
Facsimile: (40) 287-2583

ANN MILLER RAVEL, County Counsel (S.B. #62139)
WINIFRED BOTHA, Assistant County Counsel (S.B. #139357)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA and
ANGELO OZOA, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, a body corporate and politic; ANGELO OZOA, M.D., individually and as an agent of SANTA CLARA COUNTY; DOES I through XX,<br><br>Defendants. | NO. C03-2506 JSW<br><br>**REQUEST FOR ASSIGNMENT TO MAGISTRATE FOR SETTLEMENT CONFERENCE** |

    The parties are requesting that the Court assign a magistrate judge for a settlement conference. The parties previously attended a settlement conference with Magistrate Judge Brazil and both parties desire to return to Magistrate Judge Brazil. The parties have agreed to

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Request for Assignment to Magistrate for
Settlement Conference    -1-    C03-2506 JSW

five different dates in October and early November and will work with the assigned Magistrate to confirm a suitable date.

DATED: September 14, 2007    By:    /S/
                                   MICHAEL GOLDSMITH

Attorney for Plaintiff
DONALD N. GALBRAITH,
EXECUTOR OF ESTATE OF
NELSON GALBRAITH

DATED: September 14, 2007    By:    /S/
                                   ARYN PAIGE HARRIS
                                   Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA and
ANGELO OZOA, M.D.

Dated: September 17, 2007

IT IS SO ORDERED

Judge Jeffrey S. White

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

cc:  Wings Hom

95333.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Request for Assignment to Magistrate for
Settlement Conference                -2-                         C03-2506 JSW