JAMES E. TOWERY -- BAR NO. 74058
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

ANN MILLER RAVEL -- BAR NO. 62139
WINIFRED BOTHA -- BAR NO. 139357
ARYN HARRIS – BAR NO. 208590
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, 9th Floor East Wing
San Jose, California 95110
Phone: (408) 299-5900
Fax: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA and
ANGELO OZOA, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, a body corporate and politic; ANGELO OZOA, M.D., individually and as an agent of SANTA CLARA COUNTY; DOES 1 through XX,<br><br>Defendants. | No. C 03-2506 JSW<br><br>STIPULATION AND ORDER REGARDING NOVEMBER 6, 2007 MANDATORY SETTLEMENT CONFERENCE<br><br>Date: November 6, 2007<br>Time: 1:00 p.m.<br>Settlement Conference Judge:<br>The Honorable Magistrate Judge Wayne D. Brazil<br><br>THE HONORABLE JEFFREY S. WHITE |

1. WHEREAS, the Court has issued an Order that the parties will participate in a mandatory settlement conference on November 6, 2007 before Magistrate Judge Wayne D. Brazil;

2. WHEREAS, lead outside counsel for Defendants County of Santa Clara and Dr. Ozoa, James E. Towery, is unavailable on November 6, 2007 because of a previously planned business trip out of the state. However, Mr. Towery's associate, Alison P.

-1-
STIPULATION AND [PROPOSED] RE: MANDATORY SETTLEMENT CONFERENCE - No. C 03-2506 JSW
C:\DOCUME~1\slq\LOCALS~1\Temp\mwtemp170\wsAE.tmp

1  Buchanan, will be in attendance at the mandatory settlement conference.

2  3. WHEREAS, lead inside counsel for the County, Winifred Botha and Aryn Harris, as
3  well as the County's insurance representative, Albert Rubens, and the County's
4  representative regarding Plaintiff's non-monetary demands, will each be available and
5  present at the mandatory settlement conference.

6  4. WHEREAS, plaintiffs and their counsel do not believe that Mr. Towery's absence
7  will impede the parties' ability to settle this matter at the mandatory settlement conference.

8  5. WHEREAS, the parties have agreed that is in the parties' best interest to proceed
9  with the mandatory settlement conference on November 6, 2007, despite Mr. Towery's
10 absence, and each of the parties so wish to proceed.

11 6. WHEREAS, the parties further agree that all parties will be prepared for and
12 adequately knowledgeable regarding all of the facts of the case and regarding previous
13 settlement discussions, so that all parties are able to participate in meaningful settlement
14 discussions on November 6, 2007.

15 7. Furthermore, the parties have agreed that Mr. Towery will make himself available
16 via cellular phone throughout the duration of the settlement conference in the event that his
17 input is required.

18 8. WHEREAS, this agreement is made in the interest of justice in order save all parties
19 time and expense.

20 9. WHEREAS, this agreement is made in good faith and is not made for purposes of
21 delay.

22  IT IS SO STIPULATED.

23 DATED: October 23, 2007

24                                                            HOGE, FENTON, JONES & APPEL, INC.

25
                                                              By  /s/
26                                                                ALISON P. BUCHANAN
                                                                  Attorneys for Defendants
27                                                                County of Santa Clara and
                                                                  Angelo Ozoa, M.D.
28

-2-
STIPULATION AND [PROPOSED] RE: MANDATORY SETTLEMENT CONFERENCE - No. C 03-2506 JSW
C:\DOCUME~1\slq\LOCALS~1\Temp\mwtemp170\wsAE.tmp

1  DATED: October 23, 2007

2                                          By  /s/
                                            MICHAEL GOLDSMITH
3                                           Attorney for Plaintiff
                                            Estate of Nelson Galbraith

## ORDER

The Court, having reviewed the foregoing Stipulation of the parties, and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED as follows:

1. James E. Towery, lead outside counsel for Defendants County of Santa Clara and Dr. Ozoa, is excused from attending the upcoming November 6, 2007 mandatory settlement conference.  Alison P. Buchanan will attend in place of Mr. Towery.

2. Mr. Towery shall be available to receive calls via cellular phone during the November 6, 2007 mandatory settlement conference.

IT IS SO ORDERED.

DATED:  10/31/2007

                                            _____
                                            MAGISTRATE JUDGE OF THE UNITED
                                            STATES DISTRICT COURT