JAMES E. TOWERY -- BAR NO. 74058
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

ANN MILLER RAVEL -- BAR NO. 62139
WINIFRED BOTHA -- BAR NO. 139357
ARYN HARRIS – BAR NO. 208590
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, 9th Floor East Wing
San Jose, California 95110
Phone: (408) 299-5900
Fax: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA and
ANGELO OZOA, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, a body corporate and politic; ANGELO OZOA, M.D., individually and as an agent of SANTA CLARA COUNTY; DOES 1 through XX,<br><br>Defendants. | No. C 03-2506 JSW<br><br>STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING EXPERT DISCOVERY AND NOVEMBER 30, 2007 CASE MANAGEMENT CONFERENCE<br><br>Date: November 6, 2007<br>Time: 1:30 p.m.<br>Department: Courtroom 2<br><br>THE HONORABLE JEFFREY S. WHITE<br><br>Trial Date: June 2, 2008 |

1. WHEREAS, the parties have previously stipulated to conduct expert discovery similarly to the statutory scheme provided for by California Code of Civil Procedure Section 2034, *et seq.* (See the Stipulation and Order entered by this Court on September 4, 2007). Pursuant to the parties' agreement, an informal exchange of expert information took place on September 4, 2007. Further, the parties have previously agreed that all expert

-1-
STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] RE: EXPERT DISCOVERY AND NOVEMBER 30, 2007 CASE MANAGEMENT CONFERENCE - C03-2506 JSW
\\HFJAFS\NDrive\65382\Ple\285111.doc

disclosures are due November 30, 2007 (November 6, 2007 Stipulation and Order) and that expert discovery closes February 8, 2008 (September 17, 2007 Stipulation and Order).

2. WHEREAS, the parties participated in a mandatory settlement conference on November 6, 2007 before Magistrate Judge Wayne D. Brazil;

3. WHEREAS, the parties were unsuccessful in resolving the matter at the mandatory settlement conference on November 6, 2007, but are still diligently working with each other and with Hon. Magistrate Judge Brazil to determine whether they can achieve settlement;

4. WHEREAS, the parties are schedule to appear before this Court for a case management conference on November 30, 2007;

5. Given that the parties are still engaged in settlement efforts, the parties wish to defer further expert discovery and Court hearings to allow the parties to focus on the current settlement discussions;

6. WHEREAS, the parties agree to extend the date for expert witness disclosures until January 29, 2008.

7. WHEREAS, the parties further agree to extend the close of expert discovery until April 25, 2008.

8. WHEREAS, the parties further agree to extend the date of the upcoming November 30, 2007 case management conference until January 4, 2008, or as soon thereafter as is convenient for the Court.

9. WHEREAS, this agreement is made in the interest of justice in order save all parties time and expense.

10. WHEREAS, this agreement is made in good faith and is not made for purposes of delay.

IT IS SO STIPULATED.

-2-
STIPULATION AND [PROPOSED] RE: EXPERT DISCOVERY AND NOVEMBER 30, 2007 CASE MANAGEMENT CONFERENCE - C03-2506 JSW
\\HFJAFS\NDrive\65382\Ple\285111.doc

| | | |
|---|---|---|
| 1 | DATED: November 19, 2007 | |
| 2 | | HOGE, FENTON, JONES & APPEL, INC. |
| 3 | | By /s/ |
| 4 | | ALISON P. BUCHANAN<br>Attorneys for Defendants |
| 5 | | County of Santa Clara and<br>Angelo Ozoa, M.D. |
| 6 | | |
| 7 | DATED: November 19, 2007 | |
| 8 | | By /s/<br>MICHAEL GOLDSMITH |
| 9 | | Attorney for Plaintiff<br>Estate of Nelson Galbraith |

-3-

STIPULATION AND [PROPOSED] RE: EXPERT DISCOVERY AND NOVEMBER 30, 2007 CASE MANAGEMENT CONFERENCE - C03-2506 JSW
\\HFJAFS\NDrive\65382\Ple\285111.doc

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing Stipulation of the parties, and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED as follows:

1. The parties' expert disclosures are due January 29, 2008.

2. Expert discovery closes April 25, 2008.

3. The November 30, 2007 case management conference is vacated and is rescheduled to take place January ~~4~~ 18, 2008 ~~(or as soon thereafter as is convenient for the Court)~~.

IT IS SO ORDERED.

DATED: November 20, 2007

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

-4-

STIPULATION AND [PROPOSED] RE: EXPERT DISCOVERY AND NOVEMBER 30, 2007 CASE MANAGEMENT CONFERENCE - C03-2506 JSW
\\HFJAFS\NDrive\65382\Ple\285111.doc