IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH, <br><br>    Plaintiff, <br><br>  v. <br><br> COUNTY OF SANTA CLARA; ANGELO OZOA, M.D., individually and as an agent of Santa Clara County, <br><br>    Defendants. | No. C 03-2506 JSW <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE SUCCESSORS IN INTEREST FOR ANGELO OZOA, M.D.** |

Now before the Court is plaintiff Donald N. Galbraith, executor of the estate of Nelson Galbraith's ("Plaintiff") motion to substitute successors in interest for Angelo Ozoa, M.D. Defendants filed a statement of non-opposition but stated that they do not know yet who the proper successor in interest is. Defendants represented that they would advise Plaintiff and the Court of the appropriate successor in interest by no later than January 5, 2008. The Court finds that this matter is appropriate for disposition without oral argument and it is hereby deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for December 14, 2007 is HEREBY VACATED. Having carefully reviewed the parties' papers and considered their arguments and the relevant legal authority, and good cause appearing, the Court hereby GRANTS Plaintiff's motion and DIRECTS Defendants to advise Plaintiff and the Court of the

///

///

appropriate successor in interest with respect to Dr. Ozoa in both his individual and representative capacity by no later than January 4, 2008.

**IT IS SO ORDERED.**

Dated: December 7, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE