ANN MILLER RAVEL, County Counsel (S.B. #62139)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

JAMES E. TOWERY (S.B. #74058)
ALISON P. BUCHANAN (S.B. #215710)
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 287-9501
Facsimile: (40) 287-2583

Attorneys for Defendants
COUNTY OF SANTA CLARA, ANGELO OZOA, M.D.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD N. GALBRAITH, Executor of the ESTATE OF NELSON GALBRAITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, a body corporate and politic; ANGELO OZOA, M.D., individually and as an agent of SANTA CLARA COUNTY; DOES I through XX,<br><br>　　　　Defendants. | NO. C03-02506 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: UPCOMING DEADLINES** |

　　　　WHEREAS, the parties advise the Court that they have settled this case on all material terms but need additional time to finalize settlement documents due to a third-party lien that has complicated matters.

　　　　ACCORDINGLY THE PARTIES STIPULATE AS FOLLOWS:

　　　　WHEREAS the parties have been unable to finalize the settlement documents because a

third-party lien has complicated resolution from a logistical standpoint only;

WHEREAS the parties still intend to settle and do not foresee any reason the third-party lien will jeopardize the agreement;

WHEREAS the third-party lien issue has caused the parties to need more time to finalize settlement documents in this case and, therefore, the parties stipulate to continue the upcoming case management conference and other deadlines;

WHEREAS, the parties anticipate that 60 days would be an adequate amount of time to finalize the settlement documents;

WHEREAS, this agreement is made in the interest of justice in order save all parties time and expense; and this agreement is made in good faith and is not made for purposes of delay;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The parties stipulate to continue the case management currently scheduled for March 7, 2008 to a date in time at the Court's convenience in late May of 2008.

2. The parties stipulate to file a request for dismissal on or before May 10, 2008, assuming the settlement is finalized.

**IT IS SO STIPULATED.**

Dated: March 6, 2008        By:      /S/
                                   MICHAEL GOLDSMITH

                                   Attorney for Plaintiff
                                   DONALD N. GALBRAITH,
                                   EXECUTOR OF THE ESTATE OF
                                   NELSON GALBRAITH

Dated: March 6, 2008        By:      /S/
                                   ARYN PAIGE HARRIS

                                   Attorneys for Defendants
                                   COUNTY OF SANTA CLARA,
                                   ANGELO OZOA, M.D.

The Court HEREBY CONTINUES the Case Managment Conference to May 23, 2008 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 6, 2008

HONORABLE JEFFREY S. WHITE
United States District Court Judge

116011.wpd