1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  JAMES E. TOWERY (S.B. #74058)
   ALISON P. BUCHANAN (S.B. #215710)
6  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
7  San Jose, California 95113-2396
   Telephone: (408) 287-9501
8  Facsimile: (40) 287-2583

9  Attorneys for Defendants
   COUNTY OF SANTA CLARA, ANGELO
10 OZOA, M.D.

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

15 DONALD N. GALBRAITH, Executor      ) NO. C03-02506 JSW
   of the ESTATE OF NELSON            )
16 GALBRAITH,                         ) **STIPULATION FOR VOLUNTARY**
                                      ) **DISMISSAL WITH PREJUDICE AND**
17       Plaintiff,                   ) **[PROPOSED] ORDER**
                                      )
18 v.                                 )
                                      )
19 COUNTY OF SANTA CLARA, a body      )
   corporate and politic; ANGELO OZOA,)
20 M.D., individually and as an agent )
   of SANTA CLARA COUNTY; DOES I      )
21 through XX,                        )
                                      )
22       Defendants.                  )
                                      )

24       IT IS HEREBY STIPULATED by and between DONALD N. GALBRAITH, Executor

25 of the ESTATE OF NELSON GALBRAITH ("Plaintiff") and COUNTY OF SANTA CLARA

26 and DR. ANGELO OZOA ("Defendants") that Defendants be dismissed with prejudice as to all

27 claims by Plaintiff pursuant to Federal Rules of Civil Procedure 15 and 41.

28 / / /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip For Voluntary Dismissal with
Prejudice and [Proposed] Order            -1-                         C03-02506 JSW

IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter an order dismissing with prejudice all claims against Defendants.

IT IS FURTHER STIPULATED THAT the parties agree that each side will bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

Dated: April 23, 2008  By: /S/
MICHAEL GOLDSMITH

Attorney for Plaintiff
DONALD N. GALBRAITH,
EXECUTOR OF THE ESTATE OF
NELSON GALBRAITH

Dated: April 23, 2008  By: /S/
ARYN PAIGE HARRIS

Attorneys for Defendants
COUNTY OF SANTA CLARA,
ANGELO OZOA, M.D.

**[PROPOSED] ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendants are dismissed with prejudice as to all claims pursuant to Federal Rules of Civil Procedure 15 and 41.

2. The ~~Court shall direct the~~ clerk shall dismiss ~~to enter order dismissing~~ with prejudice all claims against Defendants.

3. Each side will bear its own costs and attorney fees.

Dated: April 24, 2008

HONORABLE JEFFREY S. WHITE
United States District Court Judge

123173.wpd